320 So.2d 713

**In re Kimleigh M. BUSEY**

**v.**

**STATE.**

**Ex parte Kimleigh M. Busey.**

**SC 1412.**

Supreme Court of Alabama.

Sept. 25, 1975.

**754**

Arthur Parker, Birmingham, for petitioner.

No appearance for respondent.

HEFLIN, Chief Justice.

Petition of Kimleigh M. Busey for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Busey v. State,* 56 Ala.App. ——, 320 So.2d 709.

Writ denied.

MERRILL, MADDOX, JONES and SHORES, JJ., concur.